# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYRONE M. WILSON,**<br><br>　　　　　Petitioner,<br><br>　v.<br><br>D. DAVEY, Warden,<br><br>　　　　　Respondent. | **Case No. LA CV 16-05163 VBF (AFM)**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**<br><br>**DENYING THE HABEAS PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the state prisoner's petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2254 and supporting brief (CM/ECF Document ("Doc") 1); the respondent government's answer memorandum (Doc 19), which the Court finds to be well taken; petitioner's traverse (Doc 23); the state-court briefs, decisions, and other documents lodged by the respondent in paper form (listed in the Notices of Lodging at Docs 20-22); the March 13, 2017 Report and Recommendation of the United States Magistrate Judge (Doc 24); petitioner's timely objections to the R&R docketed April 3, 2017 (Doc 26); and the applicable law. Further, the Court has engaged in *de novo* review of those portions of the R&R to which petitioner made specific objection. Finding no error of law, fact, or logic in the R&R, the Court orders as follows:

The Report and Recommendation **[Doc #24] is ADOPTED**.

The petition for a writ of habeas corpus **[Doc #1] is DENIED**.

A separate ruling shall issue on a certificate of appealability.

Separate judgment shall issue consistent with this Order and with the R&R.

This action shall be **TERMINATED** and closed (JS-6).

Dated: Wednesday, May 24, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE