# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYRONE M. WILSON,** | **Case No. LA CV 16-05163 VBF (AFM)** |
| Petitioner, | |
| v. | **FINAL JUDGMENT** |
| D. DAVEY, Warden, | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the 28 U.S.C. section 2254 Petition for Writ of Habeas Corpus, Directing the Entry of Separate Final Judgment, and Terminating the Case, **final judgment is hereby entered in favor of the respondent warden and against petitioner Tyrone M. Wilson.**

Dated: Wednesday, May 24, 2017    _____

Honorable Valerie Baker Fairbank
Senior United States District Judge